IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. GOODSON, III )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CALVIN A. LIGHTFOOT, Warden, A.C.J.; )<br>JAMES J. DONNIS, Major ACJ; RONALD )<br>POFI, Capt. Internal Affairs ACJ; LOUIS )<br>LEON, Lt. ACJ; EMMERICK, Dep. Warden )<br>A.C.J.; JIMMY HONNICK, Sgt. ACJ, )<br>)<br>)<br>Defendants. ) | Civil Action No. 03 - 564<br><br>Judge Gary L. Lancaster /<br>Magistrate Judge Lisa Pupo Lenihan |

## **MEMORANDUM ORDER**

The above captioned Petition was received by the Clerk of Court on April 23, 2003, and was referred to United States Magistrate Ila Jeanne Sensenich for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The case was transferred to Magistrate Judge Lisa Pupo Lenihan on April 6, 2004.

The magistrate judge's Report and Recommendation (Doc. No. 42), filed on October 25, 2005, recommended that the Petition for Emergency Injunction be denied. Service was made on the Petitioner at 1312 Woodmont Avenue, P.O. Box 303, New Kensington, PA 15068, and on counsel of record for the Respondents. The parties were informed that in accordance with Magistrates Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, that they had ten (10) days to file any objections. No objections

have been filed. After review of the pleadings and the documents in the case and the report and recommendation, the following order is entered:

AND NOW, this 8th day of March, 2006;

**IT IS HEREBY ORDERED** that the Petition for Emergency Injunction is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 42) of Magistrate Judge Lenihan, dated October 25, 2005, is adopted as the opinion of the court.

Judge Gary L. Lancaster
United States District Judge

cc:     Lisa Pupo Lenihan
        U.S. Magistrate Judge

        DANIEL J. GOODSON, III
        1312 Woodmont Avenue
        P.O. Box 303
        New Kensington, PA 15068

        Charles P. McCullough
        Tucker Arensberg
        1500 One PPG Place
        Pittsburgh, PA 15222

        J. Deron Gabriel
        Allegheny County Law Department
        300 Fort Pitt Commons
        445 Fort Pitt Boulevard
        Pittsburgh, PA 15219