IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. GOODSON, III ) | |
| ) | Civil Action No. 03 - 564 |
| Plaintiff, ) | |
| ) | Gary L. Lancaster / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| CALVIN A. LIGHTFOOT, Warden, ) | |
| A.C.J.; JAMES J. DONNIS, Major ) | |
| ACJ; RONALD POFI, Capt. Internal ) | |
| Affairs ACJ; LOUIS LEON, Lt. ACJ; ) | |
| EMMERICK, Dep. Warden A.C.J.; ) | |
| JIMMY HONNICK, Sgt. ACJ, ) | |
| Defendants. | |

## ORDER

AND NOW, this 25th day of May, 2006, **IT IS HEREBY ORDERED** that Plaintiff shall file and serve a pretrial narrative statement no later than **June 14, 2006.** This pretrial narrative statement shall comply with Local Rule 16.1.4.A and must include a written statement of the facts that will be offered by oral or documentary evidence at trial and must also include a list of all exhibits to be offered into evidence at the trial of the case and as well as a list of the names and addresses of all witnesses plaintiff intends to call.  Plaintiff shall include a summary of the anticipated testimony of any witnesses who are presently incarcerated. Plaintiff shall serve a copy of the statement on counsel for the defendants, and shall include on the original document filed with the Clerk of Court a certificate stating the date a true and correct copy was mailed to defendants' counsel.

**IT IS FURTHER ORDERED** that Defendants shall file and serve a pretrial narrative statement that shall comply with Local Rule 16.1.4. no later than **July 5, 2006.** The

pretrial narrative statement must include a narrative written statement of the facts that will be offered by oral or documentary evidence as a defense at trial and include a list of all exhibits to be offered into evidence at the trial of the case as well as a list of the names and addresses of all witnesses the defendants intend to call. Cumulative testimony by either party will not be permitted. Material facts not identified in the pretrial narrative statements may be excluded upon objection or *sua sponte*. Witnesses or exhibits not identified in a pretrial narrative statement shall not be admissible at trial, except for an exhibit to be used solely for impeachment purposes. The parties shall not amend or supplement their pretrial narrative statements absent leave of court.

**IT IS ORDERED FURTHER ORDERED** that if the parties wish to consent before this Magistrate Judge, they shall complete the attached form and file it with the Clerk of Court no later than **July 12, 2006.** The Court notes that **ALL** parties must consent before the document is filed.

**IT IS FURTHER ORDERED** that if any party **DOES NOT** wish to consent, the parties shall file a joint stipulation requesting the case be returned to the District Judge no later than **July 12, 2006.** This stipulation **SHOULD NOT** indicate which parties wished to consent and which did not.

Lisa Pupo Lenihan
United States Magistrate Judge

cc:   DANIEL J. GOODSON, III
   1312 Woodmont Avenue
   P.O. Box 303
   New Kensington, PA 15068

   Charles P. McCullough
   Tucker Arensberg
   1500 One PPG Place
   Pittsburgh, PA 15222

   J. Deron Gabriel
   Allegheny County Law Department
   300 Fort Pitt Commons
   445 Fort Pitt Boulevard
   Pittsburgh, PA 15219