IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. GOODSON, III,        )<br>    Plaintiff,        )<br>        )<br>    v.        )<br>        )<br>CALVIN A. LIGHTFOOT, Warden,  )<br>A.C.J.; JAMES J. DONNIS, Major )<br>ACJ; RONALD POFI, Capt.        )<br>Internal Affairs ACJ; LOUIS    )<br>LEON, Lt. ACJ; EMMERICK, Dep.  )<br>Warden A.C.J.; JIMMY HONNICK,  )<br>Sgt. ACJ,        )<br>    Defendants.        ) | Civil Action No. 03-564<br>Judge Gary L. Lancaster |

ORDER

The above captioned case was referred to United States Magistrate Judge Ila Jeanne Sensenich for pretrial proceedings in accor dance with the Magistrates Act, 28 U.S.C. 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for the Magistrates. The case was transferred to Magistrate Judge Lisa Pupo Lenihan on April 6, 2004.

The Magistrate Judge's Report and Recommendation (Doc. No. 52), filed on September 18, 2006, recommended that the instant case be dismissed due to Plaintiff's failure to prosecute this action. All parties were served with the Report and Recommendation and were advised they were allowed ten (10) days from the date of service to file written objections to the report and recommendation. As of the date of this order, no objections have been filed.

Therefore, upon independent review of the pleadings and the Magistrate Judge's report and recommendation, the following order is entered:

**AND NOW**, this ___10th___ day of October, 2006;

**IT IS HEREBY ORDERED** that the instant case is dismissed due to Plaintiff's failure to prosecute this action.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 52) of Magistrate Judge Lenihan, dated September 18, 2006, is adopted as the opinion of the Court.

BY THE COURT:

_____, J.
Gary L. Lancaster
United States District Judge

cc:   The Honorable Lisa Pupo Lenihan,
      United States Magistrate Judge

      Daniel J. Goodson, III
      1312 Woodmont Avenue
      P.O. Box 303
      New Kensington, PA 15068

      Charles P. McCullough
      County Solicitor
      Allegheny County Law Department
      300 Fort Pitt Commons Building
      445 Fort Pitt Boulevard
      Pittsburgh, PA 15219